UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
SHIRLEY T BURTON,
                  Plaintiff,

                                                  RULE 7.1 DISCLOSURE
      -against-                                13 cv   1426

NATIONS RECOVERY CENTER, INC AND
ATLANTIC CREDIT & FINANCE SPECIAL
FINANCE UNIT III, LLC.,
                  Defendant(s).

------------------------------------------x

      Defendant, Nations Recovery Center, Inc., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated:    New York, NY
           April 25, 2013

                                              MEL HARRIS AND ASSOCIATES, LLC
                                              ARTHUR SANDERS, ESQ. (AS1210)
                                                  Attorneys for defendant
                                              5 Hanover Square – 8th Floor
                                                       New York, NY  10004
                                                             212-660-1050