UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
SHIRLEY T BURTON,
                Plaintiff,

                                        RULE 7.1 DISCLOSURE
                                        13 cv 1426

      -against-

NATIONS RECOVERY CENTER, INC AND
ATLANTIC CREDIT & FINANCE SPECIAL
FINANCE UNIT III, LLC.,
                Defendant(s).

------------------------------------------x


      Defendant, ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT III, LLC, by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated:    New York, NY
           April 25, 2013

                                                            MEL HARRIS AND ASSOCIATES, LLC
                                                            ARTHUR SANDERS, ESQ. (AS1210)
                                                                Attorneys for defendant
                                                          5 Hanover Square - 8th Floor
                                                                   New York, NY  10004
                                                                       212-660-1050