UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

SHIRLEY T. BURTON, on behalf of plaintiff
and the class defined herein,

                       Plaintiffs,

vs.

NATIONS RECOVERY CENTER, INC.;
ATLANTIC CREDIT & FINANCE SPECIAL
FINANCE UNIT III, LLC

                       Defendants.

---------------------------------------------------------x

CASE NO.: 1:13-cv-1426-BMC

**STIPULATION OF DISMISSAL ONLY AS TO DEFENDANT, ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT III, LLC**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Shirley T. Burton, Plaintiff, hereby stipulates to and gives notice of dismissal as only to Defendant, ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT III, LLC, without prejudice as to the rights of the unnamed putative class members.

    **IT IS SO STIPULATED** this 29th Day of August 2013.

| | |
|---|---|
| *s/ William F. Horn* | *s/ Arthur Sanders* |
| William F. Horn, Esq. | Arthur Sanders, Esq. |
| LAW OFFICE OF WILLIAM F. HORN | MEL S. HARRIS & ASSOCIATES, LLC |
| 188-01B 71st Crescent | 5 Hanover Square, 8th Floor |
| Fresh Meadows, NY 11365 | New York, NY 10004 |
| Telephone: (718) 785-0543 | Telephone: (212) 660-1050 |
| Facsimile:  (866) 596-9003 | Facsimile:  (212) 660-1016 |
| E-mail:  bill@wfhlegal.com | E-Mail: asanders@melharrislaw.com |
| | |
| *One of the Attorneys for Plaintiff* | *Attorney for Defendants* |

**IT IS SO ORDERED**:

Dated: 8/29/13

---

HONORABLE BRIAN M. COGAN
Judge, United States District Court